FILED
United States Court of Appeals
Tenth Circuit

December 23, 2013

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

DEREK KITCHEN, individually;
MOUDI SBEITY, individually;
KAREN ARCHER, individually;
KATE CALL, individually;
LAURIE WOOD, individually;
KODY PARTRIDGE, individually,

    Plaintiffs-Appellees,

v.

GARY R. HERBERT, in his official
capacity as Governor of Utah; JOHN
SWALLOW, in his official capacity as
Attorney General of Utah,

    Defendants-Appellants,

and

SHERRIE SWENSEN, in her official
capacity as Clerk of Salt Lake County,

    Defendant.

No. 13-4178
(D.C. No. 2:13-CV-00217-RJS)
(D. Utah)

**ORDER**

Before **HOLMES** and **BACHARACH**, Circuit Judges.

Following the district court's denial of their request for a stay pending appeal, Defendant-Appellants filed "Emergency Motions For Stay Pending Appeal And Temporary Stay Pending Resolution of Motion to Stay." Plaintiff-Appellees are

ordered to file a response to these motions no later than 5:00 P.M. MST today, December 23, 2013.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk