FILED
United States Court of Appeals
Tenth Circuit

December 24, 2013

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

| | |
|---|---|
| DEREK KITCHEN, individually; MOUDI SBEITY, individually; KAREN ARCHER, individually; KATE CALL, individually; LAURIE WOOD, individually; KODY PARTRIDGE, individually, <br><br>    Plaintiffs-Appellees, <br><br>v. <br><br>GARY R. HERBERT, in his official capacity as Governor of Utah; JOHN SWALLOW, in his official capacity as Attorney General of Utah, <br><br>    Defendants-Appellants, <br><br>and <br><br>SHERRIE SWENSEN, in her official capacity as Clerk of Salt Lake County, <br><br>    Defendant. | No. 13-4178 <br> (D.C. No. 2:13-CV-00217-RJS) <br> (D. Utah) |

---

**ORDER DENYING EMERGENCY MOTION FOR STAY AND TEMPORARY MOTION FOR STAY**

---

Before **HOLMES** and **BACHARACH**, Circuit Judges.

---

    This is an appeal from a district court order concluding that Utah's prohibition on same-sex marriage is unconstitutional as a violation of due process and equal

protection. Defendants-Appellants seek a stay pending appeal and a temporary stay while the court considers the stay request. Plaintiffs-Appellees have filed a response.

A stay pending appeal is governed by the following factors: (1) the likelihood of success on appeal; (2) the threat of irreparable harm if the stay is not granted; (3) the absence of harm to opposing parties if the stay is granted; and (4) any risk of harm to the public interest. *Homans v. City of Albuquerque*, 264 F.3d 1240, 1243 (10th Cir.2001); 10th Cir. R. 8.1. The first two factors are the most critical, and they require more than a mere possibility of success and irreparable harm, respectively. *Nken v. Holder*, 556 U.S. 418, 434-35 (2009).

Having considered the district court's decision and the parties' arguments concerning the stay factors, we conclude that a stay is not warranted. Accordingly, we deny Defendants-Appellants' emergency motions for a stay pending appeal and for a temporary stay. In addition, we direct expedited consideration of this appeal. The Clerk is directed to issue a separate order setting deadlines for briefing.

Entered for the Court

ELISABETH A. SHUMAKER, Clerk