FILED
United States Court of Appeals
Tenth Circuit

February 3, 2014

Elisabeth A. Shumaker
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

DEREK KITCHEN, individually, et al.,

    Plaintiffs - Appellees,

v.

GARY R. HERBERT, in his official capacity as Governor of Utah, et al.,

    Defendants - Appellants,

and

SHERRIE SWENSEN, in her official capacity as Clerk of Salt Lake County,

    Defendant.

No. 13-4178
(D.C. No. 2:13-CV-00217-RJS)

---

## ORDER

---

    This matter is before the court on the "Proposed Intervenor Couples" opposed motion to intervene and to participate in oral argument. At the direction of the court, and upon its review, the motion is denied.

    Entered for the Court

    ELISABETH A. SHUMAKER, Clerk