Case Nos. 13-4178, 14-5003, 14-5006

# UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT

| | |
|---|---|
| DEREK KITCHEN, individually, et al.,<br><br>    Plaintiffs-Appellees,<br><br>v.<br><br>GARY R. HERBERT, in his official capacity as Governor of Utah, et al.,<br><br>    Defendants-Appellants. | Appeal from the United States District Court for the District of Utah, Civil Case No. 2:13-CV-00217-RJS |
| MARY BISHOP, et al.,<br><br>    Plaintiffs-Appellees,<br><br>and<br><br>SUSAN G. BARTON, et al.,<br><br>    Plaintiffs-Appellees/Cross-Appellants,<br><br>v.<br><br>SALLY HOWE SMITH, in her official capacity as Court Clerk for Tulsa County, State of Oklahoma,<br><br>    Defendant-Appellant/Cross-Appellee. | Appeal from the United States District Court for the Northern District of Oklahoma, Civil Case No. 04-CV-848-TCK-TLW |

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

In accordance with 10th Cir. R. 46.1, the undersigned attorney hereby appears as counsel for Douglas W. Allen, Ph.D., David J. Eggebeen, Ph.D., Alan J. Hawkins, Ph.D., Byron R. Johnson, Ph.D., Catherine R. Pakaluk, Ph.D., Joseph Price, Ph.D., and Mark D. Regnerus, Ph.D., (the "Social Science Professors"), Amici Curiae, in the subject cases.

Further, in accordance with 10th Cir. R. 46.1, the undersigned certifies that he is

aware of no such interested parties, or that any such parties have heretofore been disclosed to the court.

Respectfully submitted this 6th day of February, 2014.

*s/ David C. Walker*

David C. Walker, Esq.

2000 S. Colorado Blvd.

Tower 2, Ste 700

Denver, CO 80222

Tel:   (303) 329-3363

Fax:   (303) 393-8438

Email:   dwalker@bbdfirm.com

*Attorney for Social Science Professors*

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

DEREK KITCHEN, individually, et al.,

          Plaintiff s- Appellants,

v.

GARY R. HERBERT, in his official
capacity as Governor of Utah, et al.,

          Defendants – Appellees,

and

SHERRIE SWENSEN, in her official
capacity as Clerk of Salt Lake County,

Defendant.

Case No. 13-4178

---

## CERTIFICATE OF INTERESTED PARTIES

---

There are no such parties required to be identified by 10th Cir. R. 46.1(D), or any such parties have been previously disclosed to the Court.

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2014, I electronically filed the foregoing using the court's CM/ECF system, which will send notification of such filing to the following parties:

Peggy A. Tomsic                          tomsic@mgplaw.com
James E. Magleby                         magleby@mgplaw.com
Jennifer Fraser Parrish                  parrish@mgplaw.com
MAGLEBY & GREENWOOD, P.C.
170 South Main Street, Suite 850
Salt Lake City, UT 84101


Kathryn D. Kendell                       kkendall@nclrights.org
Shannon P. Minter                        sminter@nclrights.org
David C. Codell                          dcodell@nclrights.org
National Center for Lesbian Rights
870 Market St., Ste. 370
San Francisco, CA 94102


Ralph Chamness                           rchamness@slco.org
Darcy M. Goddard                         dgoddard@slco.org
Salt Lake County District Attorneys
2001 South State, S3700
Salt Lake City, UT 84190


Philip S. Lott                           phillott@utah.gov
Stanford E. Purser                       spurser@utah.gov
Gene C. Schaerr                          gschaerr@gmail.com
Office of the Attorney General for the
State of Utah
160 East 300 South, 6th Floor
P.O. Box 140856
Salt Lake City, UT 84114


Ralph Chamness                           rchamness@slco.org
Darcy M. Goddard                         dgoddard@slco.org
Salt Lake County District Attorneys
2001 South State, S3700
Salt Lake City, UT 84190

Date: February 6, 2014.                    *s/ David C. Walker*
                                            David C. Walker, Esq.