**FILED**
**United States Court of Appeals**
**Tenth Circuit**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

**March 5, 2014**

_____

**Elisabeth A. Shumaker**
**Clerk of Court**

DEREK KITCHEN, individually, et al.,

    Plaintiffs – Appellees,

v.

GARY R. HERBERT, in his official capacity as Governor of Utah, et al.,

    Defendants - Appellants,

and

SHERRIE SWENSEN, in her official capacity as Clerk of Salt Lake County,

    Defendant.

------------------------------

THE CENTER FOR URBAN RENEWAL AND EDUCATION, et al.,

    Amici Curiae.
_____

MARY BISHOP, et al.,

    Plaintiffs – Appellees,

and

SUSAN G. BARTON, et al.,

    Plaintiffs – Appellees/Cross-Appellants,

No. 13-4178

Nos. 14-5003 & 14-5006

v.

SALLY HOWE SMITH, in her official capacity as Court Clerk for Tulsa County, State of Oklahoma,

    Defendant - Appellant/Cross-Appellee,

UNITED STATES OF AMERICA, ex rel. Eric H. Holder, Jr., in his official capacity as Attorney General of the United States of America,

    Defendant,

and

BIPARTISAN LEGAL ADVISORY GROUP OF THE U.S. HOUSE OF REPRESENTATIVES, et al.,

    Intervenor-Defendants.

-----------------------------

DAVID R. UPHAM, et al.,

    Amici Curiae.

─────────────────────────────

**ORDER**

─────────────────────────────

    This matter is before the court on the motion of the State of Kansas to join the amicus brief filed by the State of Michigan on February 10, 2014. At the direction of the

court, the motion is granted. The State of Kansas shall be added as an amicus party on that brief.

                                                Entered for the Court

                                                ELISABETH A. SHUMAKER, Clerk