**FILED**
United States Court of Appeals
Tenth Circuit

**March 5, 2014**

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

DEREK KITCHEN, individually, et al.,

    Plaintiffs – Appellees,

v.

GARY R. HERBERT, in his official capacity as Governor of Utah, et al.,

    Defendants - Appellants,

and

SHERRIE SWENSEN, in her official capacity as Clerk of Salt Lake County,

    Defendant.

------------------------------

THE CENTER FOR URBAN RENEWAL AND EDUCATION, et al.,

    Amici Curiae.
_____

MARY BISHOP, et al.,

    Plaintiffs – Appellees,

and

SUSAN G. BARTON, et al.,

    Plaintiffs – Appellees/Cross-Appellants,

No. 13-4178

Nos. 14-5003 & 14-5006

v.

SALLY HOWE SMITH, in her official capacity as Court Clerk for Tulsa County, State of Oklahoma,

    Defendant - Appellant/Cross-Appellee,

UNITED STATES OF AMERICA, ex rel. Eric H. Holder, Jr., in his official capacity as Attorney General of the United States of America,

    Defendant,

and

BIPARTISAN LEGAL ADVISORY GROUP OF THE U.S. HOUSE OF REPRESENTATIVES, et al.,

    Intervenor-Defendants.

-----------------------------

DAVID R. UPHAM, et al.,

    Amici Curiae.

—————————————————

**ORDER**
—————————————————

    This matter is before the court on the motion of the *Amici Curiae 22 Bar Associations, Public-Interest Organizations and Legal Service Organizations for Leave to File an Attachment*.  At the direction of the court, the motion is granted. The

2

attachment shall be shown as filed with the amicus brief.

                                      Entered for the Court

                                      ELISABETH A. SHUMAKER, Clerk