**FILED**
United States Court of Appeals
Tenth Circuit

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

**October 6, 2014**

Elisabeth A. Shumaker
Clerk of Court

---

DEREK KITCHEN, et al.,

    Plaintiffs - Appellees,

v.

GARY R. HERBERT, in his official capacity as Governor of Utah, et al.,

    Defendants - Appellants,

and

SHERRIE SWENSEN, in her official capacity as Clerk of Salt Lake County,

    Defendant.

------------------------------

THE CENTER FOR URBAN RENEWAL AND EDUCATION, et al.,

    Amici Curiae.

No. 13-4178
(D.C. No. 2:13-CV-00217-RJS)

---

**ORDER**

---

Before **KELLY**, **LUCERO**, and **HOLMES**, Circuit Judges.

---

On this date, the United States Supreme Court denied certiorari review in this matter. Consequently, the stay of the mandate directed in our decision dated June 25,

2014 is lifted, and the mandate shall issue forthwith. A copy of this order shall stand as the mandate of the court.

> Entered for the Court
>
> *(signature)*
>
> ELISABETH A. SHUMAKER, Clerk